UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THEODORE LABELLA                              JURY TRIAL DEMANDED

v.                                            CASE NO.  3:010cv

GC SERVICES LIMITED PARTNERSHIP

COMPLAINT

1. This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq., the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder, and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §42-110a.

2. This Court has jurisdiction.  15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3. Plaintiff is a natural person and a consumer within the FDCPA, who resides in Connecticut.

4. Defendant is licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking.

5. In 2010, Defendant was attempting to collect a personal account from plaintiff.

6. On September 17, 18, 20, 21, defendant left messages on plaintiff's answering machine which did not meaningfully identify the caller.

7. With minor variations, the gist of the messages was, "This message is for Theodore LaBella.  This is Ashley.  Please return the phone call as soon as you receive this message.  My phone number is 1-800-475-7311.  Thank you."

8. On September 25, the message was merely a female voice stating, "Please call 1-800-311-6497."

9. Plaintiff has not received the notices required by 15 U.S.C. §1692e(11) or §1692g.

10.     Defendant's collection efforts violated 15 U.S.C. §1692d, -e, or -g.

SECOND COUNT

11. The allegations of the First Count are repeated and realleged.

12.     Within three years prior to the date of this action, Defendant committed unfair or deceptive acts or practices in collection efforts within the meaning of the CUTPA, causing ascertainable loss to plaintiff.

WHEREFORE plaintiff respectfully requests this Court to:

   1.  Award plaintiff such damages as are permitted by law, including compensatory and punitive, including $1,000 statutory damages under the FDCPA..

   2.  Award the plaintiff costs of suit and a reasonable attorney's fee;

   3.  Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
        123 Avon Street
        New Haven, CT 06511-2422
        (203) 772-0395
        faulknerlawoffice@snet.net